# Order

Michigan Supreme Court
Lansing, Michigan

August 17, 2020

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

161597

EARL L. SULLIVAN,
   Plaintiff-Appellant,

v

           SC: 161597
           COA: 352985

MICHIGAN REFORMATORY WARDEN,
   Defendant-Appellee.
_____/

On order of the Chief Justice, because plaintiff-appellant failed to timely file a motion to temporarily waive fees and a certificate of prisoner account activity, the Clerk of the Court is hereby directed to administratively dismiss the application and close the file.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

   August 17, 2020      

                  Clerk